SULAIMAN LAW GROUP, LTD.
Majdi Y. Hijazin, *Of Counsel*
2500 South Highland Ave, Suite 200
Lombard, Illinois 60148
Telephone: (630) 575-8181
Facsimile: (630) 575-8188
Email: mhijazin@hijazinlaw.com
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK T. WILLIAMS, | Case No. 2:19-cv-01694-JAM-EFB |
| Plaintiff, | **STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| v. | |
| GOLDMAN SACHS BANK USA a/k/a MARCUS BY GOLDMAN SACHS, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff MARK T. WILLIAMS and the Defendant GOLDMAN SACHS BANK USA, through their respective counsel, that the above-captioned action is dismissed, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear its own costs and attorneys' fees.

Dated: May 4, 2020

**MARK T. WILLIAMS**

*/s/ Majdi Y. Hijazin*

Majdi Y. Hijazin, *Of Counsel*
Sulaiman Law Group, Ltd.
2500 S. Highland Ave., Ste. 200
Lombard, Illinois 60148
Phone: (630) 575-8181
mhijazin@hijazinlaw.com
*Attorney for Plaintiff*

Respectfully Submitted,

**GOLDMAN SACHS BANK USA**

*/s/ Christopher R. Fredrich (with consent)*

Christopher R. Fredrich
Stroock & Stroock & Lavan LLP
2029 Century Park East, 18th Floor
Los Angeles, California 90067
Phone: (310) 556-5800
cfredrich@stroock.com
*Attorney for Defendant*

# **CERTIFICATE OF SERVICE**

I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system which will be sent to all attorneys of record.

*/s/ Majdi Y. Hijazin*
Majdi Y. Hijazin