SULAIMAN LAW GROUP, LTD.
Majdi Y. Hijazin, *Of Counsel*
2500 South Highland Ave, Suite 200
Lombard, Illinois 60148
Telephone: (630) 575-8181
Facsimile: (630) 575-8188
Email: mhijazin@hijazinlaw.com
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK T. WILLIAMS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GOLDMAN SACHS BANK USA a/k/a MARCUS BY GOLDMAN SACHS,<br><br>　　　　Defendant. | Case No. 2:19-cv-01694-JAM-EFB<br><br>**ORDER ON STIPULATION FOR DISMISSAL WITH PREJUDICE** |

Plaintiff, MARK T. WILLIAMS (the "Plaintiff") and Defendant, GOLDMAN SACHS BANK USA (the "Defendant"), through counsel, having filed with this Court their Stipulation for Dismissal with Prejudice, and the Court having reviewed the same, hereby ORDERED:

　　1.　　The Stipulation for Dismissal with Prejudice is granted.

Dated: 5/4/2020

　　　　　　　　　　　　　　　　　　　　　　/s/ John A. Mendez_____
　　　　　　　　　　　　　　　　　　　　　　Judge, United States District Court

1